UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Madison Cheek　　　　　　　　　　　　　　　　　　Docket No. 7:08-CR-117-1BR

**Petition for Action on Supervised Release**

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Madison Cheek, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with the Intent to Distribute 5 Kilograms or More of Cocaine in violation of 21 U.S.C. §841(a)(1) and 846, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on March 9, 2009, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

　　Madison Cheek was released from custody on August 26, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was charged with Driving While Impaired and Driving Left of Center in Robeson County on August 27, 2016. He admitted that he drove a vehicle after consuming alcohol. We recommend adding a condition requiring the defendant to serve 6 days in the custody of the Bureau of Prisons as a sanction for this violation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 6 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.


/s/ Eddie J. Smith　　　　　　　　　　　　　　　　/s/ Thomas E. Sheppard
Eddie J. Smith　　　　　　　　　　　　　　　　　　Thomas E. Sheppard
Supervising U.S. Probation Officer　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　310 Dick Street
　　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301-5730
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2541
　　　　　　　　　　　　　　　　　　　　　　　　Executed On: August 30, 2016

**Madison Cheek**
**Docket No. 7:08-CR-117-1BR**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __2__ day of __September__, 2016, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge